# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

THELMA WILLIAMS,
ADC #93197                                                                                               PLAINTIFF

V.                                  2:11CV00192 JMM/JTR

JANICE F. GARY,
Law Library Supervisor,
East Arkansas Regional Unit, et al.                                                           DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this  3  day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE